**ORIGINAL**

FILED

JUN 23 2011

U.S. COURT
FEDERAL CL

# In the United States Court of Federal Claims

| | | |
|---|---|---|
| Michael Palma | * | **11-419 L** |
| | * | |
| v. | * | Application to Proceed |
| | * | *In Forma Pauperis* |
| The United States | * | |
| | * | |

I, Michael Palma _____, request to proceed without being required to prepay filing fees. I state that because of my poverty, I am unable to pay such fees; that I believe I am entitled to relief. The nature of my action, or the issues I intend to present are briefly stated as follows: Violation of Fourth and Fifth Amendment rights by a judge in Southern District of Texas

In further support of this application, I answer the following questions.

1. Are you presently employed?      x Yes ___No

    a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer. (list both gross and net salary)

    b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.

2. Have you received within the past twelve months any money from any of the following sources?
    a. Business, profession or other form of self-employment?  ___Yes  x No
    b. Rent payments, interest or dividends?  ___Yes  x No
    c. Pensions, annuities or life insurance payments  ___Yes  x No
    d. Gifts or inheritances?  ___Yes  x No
    e. Any other sources?  ___Yes  x No

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

3. Do you own any cash, or do you have money in checking, savings, or any other accounts?  $\underline{x}$ Yes ___No

   If the answer is "yes", state the total value of the items owned.  $5.00

4. Do you own any real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing)?
   $\underline{x}$ Yes ___No

   If the answer is "yes", describe the property and state its approximate value.
   ```
   2001 Chrysler Sebring - $6,200 according to blue book
   no house, stocks, bonds, etc
   ```

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.
   ```
       none
   ```

6. Are you a prisoner?  ___ Yes $\underline{x}$ No

   If the answer is "Yes", you must submit a certified copy of your trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding your filing of the complaint as required by 28 U.S. C. §1915(a) (2) (2000).

I declare under penalty of perjury that the foregoing is true and correct. (28 U.S.C. § 1746)

Executed on _21 June 11_  _/s/ Signature_
   (Date)         (Signature of Applicant)

---

[1] Donald Sorrells, 2620 Arlington ST., Houston Texas 77091
Last year I was paid $8800 by going in when he needs me
This year so far I was under doctors care for April and May and have not gone in much
This year he only paid me $1700 so far