ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 14 2011
U.S. COURT OF
FEDERAL CLAIMS

```
*****************************************
Michael Palma                            *
      Petitioner – Sui Juris             *
                                         *   Case # 1:11-cv-00419-SGB
                        v.               *
                                         *
THE UNITED STATES                        *
      Defendant                          *
                                         *
*****************************************
```

Comes now Michael Palma as Petitioner under Rule 41 of the Rules of the Court and ask for voluntary notice of dismissal without prejudice.

Respectfully submitted,

By: _____
Michael Francis Palma, Sui Juris
c/o 5026 Autumn Forest Dr.
Houston, Texas 77091
E-mail: mpalma1@sbcglobal.net
Tel.    713-263-9937

July 14, 2011 - Complaint dismissed pursuant to Rule 41(a)(1)(A)(i) this day.

1